Robert B. Katz, Esq., SBN 7768
Amar Law Group, PLLC
2300 W. Sahara Ave., Ste. 800
Las Vegas, NV 89102
(702) 852-2929 – phone
(866) 226-1333 - fax
docs@amarlawgrp.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SANDRO MARIC, individual,<br><br>Plaintiff,<br><br>vs.<br><br>MERCEDES-BENZ USA, LLC, a corporation,<br><br>Defendant. | Case No.: 2:26-cv-01528-EJY<br><br>**JOINT DISCOVERY PLAN AND SCHEDULING ORDER** |

Plaintiff, Sandro Maric ("Plaintiff"), and Defendant, Mercedes-Benz USA, LLC ("Defendant") by and through their respective counsel, pursuant to Rule 26(f)(2) of the Federal Rules of Civil Procedure, hereby submit their Joint Discovery Plan and Scheduling Order ("Discovery Order").

1. **Federal Rules of Civil Procedure 26(a) Initial Disclosures**: The Parties shall submit their initial disclosures no later than **August 31, 2026**.

2. **Federal Rules of Civil Procedure 26(f)(3)(A)-(B)**: Scope and Timing of Discovery: The parties believe that discovery should proceed to the full extent

allowed by the Federal Rules of Civil Procedure and should not be bifurcated or limited to any particular issues.

a. **Discovery Cut-Off Date:** The cut-off date for fact discovery shall be **January 25, 2027**.

b. **Amending the Pleadings and Adding Parties:** All motions to amend the pleadings or to add parties shall be filed no later than **August 31, 2026.**

c. **Federal Rules of Civil Procedure 26(a)(2) Disclosures (Experts):** Plaintiff's initial disclosures concerning experts shall be made no later than **February 25, 2027,** 30 days after the fact discovery cut-off date. Defendant's initial disclosures concerning experts shall be made 30 days thereafter, which is no later than **March 28, 2027**. *Cf.* Fed. R. Civ. P. 26, Notes of Advisory Committee on Rules—1993 Amendment ("[I]n most cases the party with the burden of proof on an issue should disclose its expert testimony on that issue before other parties are required to make their disclosures with respect to that issue."). Disclosures concerning rebuttal experts shall be made no later than **April 15, 2027.**

d. **Dispositive Motions:** The deadline for filing dispositive motions shall not be later than **February 26, 2027,** 31 days after the discovery cut-off date. In the event that the discovery period is extended from the discovery cut-off date set forth in this Discovery Order, the date for filing dispositive motions shall be extended to be not later than 30 days from the subsequent discovery cut-off date.

e. **Pretrial Order:** The date for filing the joint pretrial order shall not be later than **March 27, 2027**, 31 days after the cut-off date for filing dispositive motions. In the event that dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after decision on the dispositive motions or until further order of the court. In the further event that the discovery period is extended from the discovery cut-off date set forth in this Discovery Order, the date for filing the joint pretrial order shall be extended in accordance with the time periods set forth in this paragraph.

f. **Federal Rules of Civil Procedure 26(a)(3) Disclosures:** The disclosures required by Fed. R. Civ. P. 26(a)(3) shall be included in the joint pretrial order.

g. **Alternative Dispute Resolution:** Pursuant to LR 26-1(b)(7), the parties certify that they met and conferred about the possibility of using alternative dispute-resolution processes. The parties are continuing in their discussions regarding the possibility of early settlement and of seeking a mediation with respect to this matter if necessary.

h. **Electronic Evidence:** Pursuant to LR 26-1(b)(9), the parties certify that they discussed whether they intended to present evidence in electronic format to jurors for the purpose of jury deliberations. The parties discussed that electronic evidence may be produced and used in this matter and that they will cooperate in the production of any such electronically stored information.

i. **Alternative Forms of Case Disposition:** Pursuant to LR 26-1(b)(8), the parties certify that they considered consent to trial by a magistrate judge under 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73 ~~and the use of the Short Trial Program (General Order 2013-01)~~. Plaintiff does not believe that this matter is suitable for either of these alternative forms of case disposition.

j. **Extensions or Modifications of the Discovery Plan and Scheduling Order:** Any stipulation or motion must be made not later than the **December 4, 2026,** 21 days before the discovery cut-off date.

3. **Federal Rules of Civil Procedure 26(f)(3)(C) Discovery of Electronically Stored Information:** The parties agree to preserve documents in accordance with the Federal Rules of Civil Procedure, including electronically stored information. The parties further agree to negotiate and execute a propose ESI protocol for the Court's approval should the need arise.

4. **Federal Rules of Civil Procedure 26(f)(3)(D) Claims of Privilege or Protection as Trial-Preparation Material:** A party claiming that any item within the scope of discovery is protected as either privileged or as trial-preparation material, pursuant to Fed. R. Civ. P. 26(b)(5), shall submit to the other party a detailed privilege log detailing the nature of the privilege or the basis for the item's or items' protection as trial preparation material. Such a privilege log shall be limited to communications prior to the commencement of this action and shall be produced within (21) days following the date that the documents memorialized in the

privilege log were produced by the party from whom discovery is being sought. If a party becomes aware of a privileged document having been produced, the parties shall comply with Fed. R. Civ. P. 26(b)(5)(B). In the event that potential disclosure of confidential, proprietary, and/or trade-secret information is required, the Parties agree that they will submit a proposed protective/confidentiality order regarding disclosure and discovery of certain information and documents for the Court's review and approval. The Parties further agree to meet and confer to attempt to resolve any issues with such proposed order that may arise.

5. **Federal Rules of Civil Procedure 26(f)(3)(E) Changes:** None at this time.

6. **Federal Rules of Civil Procedure 26(f)(3)(F) Orders:** None at this time.

7. **Later-Appearing Parties:** A copy of this Discovery Order shall be served on any person who is hereafter added as a party to this action within five days of that later appearing Party's first appearance. This Discovery Order shall apply to such later appearing party or parties, unless: (1) a stipulation of the Parties is approved by this Court, or (2) this Court, on motion for good cause shown, orders otherwise.

8. **Service of Initial and Supplemental Disclosures, Discovery Requests, and Discovery Responses**: The Parties agree that written discovery may be served by electronic mail ("email"), which shall be effective upon service to the following persons:

To Plaintiff: docs@amarlawgrp.com, rkatz@amarlawgrp.com.

To Mercedes-Benz USA, LLC: Matthew.Cavanaugh@lewisbrisbois.com

Any party may change or update service addresses for the purposes of this Paragraph by providing email notice of the update to the other party.

DATED this 20th day of July, 2026. AMAR LAW GROUP, PLLC

By /s/ *Robert B. Katz*
Robert B. Katz, Esq., SBN 7768
AMAR LAW GROUP, PLLC
2300 W. Sahara Ave., Ste. 800
Las Vegas, NV 89101

*Attorney for Plaintiff*

DATED this 20th day of July, 2026. LEWIS BRISBOIS BISGAARD & SMITH LLP

By /s/ *Matthew A. Cavanaugh*
MATTHEW A. CAVANAUGH
Nevada Bar No. 11077
Matthew.Cavanaugh@lewisbrisbois.com
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789
*Attorney for Defendant*

IT IS HEREBY ORDERED that the parties are reminded to ensure compliance with all local rules and specifically LR IA 6-2 when submitting stipulations or unopposed orders. Failure to comply with local rules in the future may result in denial or striking of submissions to the Court.

IT IS FURTHER ORDERED that the above stipulated discovery plan and scheduling order, as modified, is GRANTED by the Court.

Dated this 21st day of July, 2026.

Elayna J. Youchah
UNITED STATES MAGISTRATE JUDGE