MATTHEW A. CAVANAUGH
Nevada Bar No. 11077
Matthew.Cavanaugh@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789
*Attorneys for Defendant*
*Mercedes-Benz USA, LLC*

**UNITED STATES DISTRICT COURT**

**THE DISTRICT OF NEVADA**

| | |
|---|---|
| SANDRO MARIC, an individual<br><br>Plaintiff,<br><br>vs.<br><br>MERCEDES-BENZ USA, LLC, a foreign limited liability company d/b/a MBUSA,<br><br>Defendant. | Case No. 2:26-cv-01528<br><br>**STIPULATION AND REQUEST FOR ORDER TO DISMISS CASE WITH PREJUDICE** |

Plaintiff, Sandro Maric, by and through his attorney, Robert Katz, Esq. of AMAR LAW GROUP, PLLC, and Defendant MERCEDES-BENZ USA, LLC D/B/A/ MBUSA, by and through its counsel of record, LEWIS BRISBOIS BISGAARD & SMITH, LLP, hereby file the above-referenced stipulation. The undersigned attorneys for the parties stipulate, covenant and agree on behalf of their respective clients.

The parties agree to dismiss all claims, remedies, causes of action, affirmative defenses, and counterclaims that have been or could have been asserted in this case and release and discharge each other from any losses, harm and damages arising therefrom. The parties by and through their attorneys waive any right to appeal or set aside this stipulation as entered by the court under FRCP 60 or any other provision at law or equity.

This stipulation when entered as an order shall be final judgment. Further, the parties by and through their attorneys, waive notice of entry of the stipulation and order. Each of the parties shall be responsible for the payment of his/her/its attorney's fees and costs arising from this case. All status checks, hearings, and trial if scheduled shall be vacated.

DATED this 25th day of September 2026.

**AMAR LAW GROUP, PLLC**

/s/ ***Robert Katz***
Nevada Bar No. 7768
2300 West Sahara Avenue, Ste. 800
Las Vegas, Nevada 89102
Telephone: 702.852.292
rkatz@amarlawgrp.com
*Attorneys for Plaintiff, Sandro Maric*

**LEWIS BRISBOIS BISGAARD & SMITH**

/s/ *Matthew Cavanaugh*
MATTHEW A. CAVANAUGH
Nevada Bar No. 11077
Matthew.Cavanaugh@lewisbrisbois.com
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789

RESPECTFULLY SUBMITTED BY:

LEWIS BRISBOIS BISGAARD & SMITH LLP

/S/ *Matthew A. Cavanaugh*
MATTHEW A. CAVANAUGH
Nevada Bar No. 11077
Matthew.Cavanaugh@lewisbrisbois.com
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789
*Attorneys for Defendant*
*Mercedes-Benz USA, LLC*

IT IS HEREBY ORDERED that the Stipulation and Request for Order to Dismiss Case with Prejudice is GRANTED.

IT IS FURTHER ORDERED that the Clerk of Court must close this case.

UNITED STATES MAGISTRATE JUDGE

Dated: September 28, 2026.

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW